UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION OF ILLINOIS

| | |
|---|---|
| RICKEY JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>REYES HOLDINGS L.L.C., CHICAGO BEVERAGE SYSTEMS L.L.C. and INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL No. 744,<br><br>    Defendants. | No. 1:13 cv 07397<br><br>Judge: Robert W. Gettleman |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Rickey Johnson and Defendants Reyes Holdings LLC and Chicago Beverage Systems L.L.C. ("Defendants"), by their respective attorneys, stipulate and agree that this action shall be dismissed with prejudice as to all claims against Defendants, each party to bear its own fees and costs.

Respectfully submitted,

| | |
|---|---|
| RICKEY JOHNSON<br><br>By: s/ Luther F. Spence by JKH w/ permission<br><br>Luther F. Spence<br>Luther Franklin Spence & Associates<br>500 Lake Street<br>Maywood, Illinois 60153 | REYES HOLDINGS L.L.C. AND CHICAGO BEVERAGE SYSTEMS L.L.C<br><br>By: s/ J. Kevin Hennessy<br><br>J. Kevin Hennessy, Bar No. 01189816<br>James R. Glenn, Bar No. 06310887<br>Vedder Price P.C.<br>222 North LaSalle Street, Suite 2600<br>Chicago, IL 60601-1003<br>Telephone: (312) 609-7500<br>Facsimile: (312) 609-5005 |

Dated: January 15, 2014